IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–01458–KMT

COMBINED INSURANCE COMPANY OF AMERICA, an Illinois corporation,

  Plaintiff,

v.

JENNIFER GLASS, an individual,

  Defendant/Cross-claim Plaintiff

v.

ALAN GERBITZ AS PERSON REPRESENTATIVE OF THE ESTATE OF RICHARD E. GERBITZ,

  Defendant/Cross-claim Defendant.

## ORDER

This matter is before the court *sua sponte* on the Order referring this case to the undersigned magistrate judge for all purposes pursuant to the Court's Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges and 28 U.S.C. § 636(c).  (Doc. No. 21, filed Aug. 21, 2014.)  That order was based on the Consent Form signed by counsel for Plaintiff Combined Insurance Company of America and Defendant Jennifer Glass.  (Doc. No. 20, filed Aug. 19, 2014.)  At the time, the court concluded that Defendant Alan Gerbitz's consent was not required because default had been entered against him and he had not otherwise entered an appearance or otherwise responded to this case.

However, after the order of reference was entered, Defendant Gerbitz filed a *pro se* entry of appearance (Doc. No. 24) and subsequently filed an Answer to Plaintiff's Complaint (Doc. No. 28). The Pilot Program provides as follows:

> Any party added to the case after reference to a magistrate judge under this Pilot Project shall be notified by the clerk of the obligation to complete and file the applicable Consent Form. If any added party does not consent to the exercise of magistrate judge jurisdiction within 21 days from the date of the notice, the case shall be assigned under D.C.COLO.LCivR 40.1(a), and the magistrate judge shall continue on the case in the same capacity as if consent had been declined initially.

(Pilot Program, available at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/ PilotProjects.aspx (last visited Jan. 7, 2015).) This order constitutes notice of Defendant Gerbitz's obligation to complete and file the Consent Form under the Pilot Program.

Therefore, it is

ORDERED that no later than **January 29, 2015**, Defendant Gerbitz shall complete and file the "Consent Form Pursuant to Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges" (Doc. No. 4 at 8-9).[1]

Dated this 8th day of January, 2015.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge

---

[1] The Consent Form is also available on the court's website at http://www.cod.uscourts.gov/ CourtOperations/RulesProcedures /PilotProjects.aspx (last visited Jan. 7, 2015).